JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL MENDEZ,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>RALPH DIAZ, et al.,<br><br>　　　　Defendants. | No. EDCV 20-1987-ODW (AGR)<br><br>ORDER OF DISMISSAL |

　　　　On September 21, 2020, Plaintiff, who is proceeding *pro se* and *in forma pauperis*, filed a civil rights complaint under 42 U.S.C. § 1983 in the United States District Court for the Eastern District of California.  The case was transferred to this judicial district.

　　　　On October 25, 2021, the Court issued an order dismissing Plaintiff's complaint with leave to file a First Amended Complaint within 30 days after entry of the order.  Plaintiff was warned that absent a viable federal claim, the court declines to exercise supplemental jurisdiction over any state law claims.

　　　　The Court further warned Plaintiff that failure to file a timely First Amended Complaint will result in dismissal of this action.  Plaintiff did not file a First Amended Complaint or request an extension of time to do so within the time

allowed.

    IT IS HEREBY ORDERED that this action is dismissed.

**IT IS SO ORDERED.**

DATED: December 22, 2021

                               OTIS D. WRIGHT II
                               United States District Judge